**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Wendell Edward BETANCOURT, a/k/a**
**Shawn Nelson, a/k/a Fire,**
**Defendant—Appellant.**

No. 09–6557.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Wendell Edward Betancourt, Appellant Pro Se. Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

PER CURIAM:

Wendell Edward Betancourt appeals the district court's orders denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Betancourt,* No. 3:01–cr–00025–JPB–5 (N.D.W. Va. June 13, 2008; May 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*